TONY WEST
Assistant Attorney General                                    JS-6
DAVID KLINE
Director, District Court Section
Office of Immigration Litigation
VICTOR M. LAWRENCE
Principal Assistant Director
AARON D. NELSON, NJBN 040932007
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice - Civil Division
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044-0868
Email: aaron.nelson@usdoj.gov
Telephone: (202) 305-0691; FAX: (202) 616-8962

Attorneys for Defendants

_____

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Shazia Ghubadi, | ) Case NO. CV 09-01315 VBF (RCx) |
| Plaintiff, | ) ORDER APPROVING |
| v. | ) STIPULATION TO DISMISS |
| | ) COMPLAINT |
| | ) [FED. R. CIV. P. 41(a)(1)(A)(ii)] |
| Eric H. Holder, Jr., Attorney General; | ) |
| Janet Napolitano, Secretary, Department | ) |
| Of Homeland Security; Michael Aytes, | ) |
| Acting Deputy Director, U.S. | ) |
| Citizenship and Immigration Service, | ) |
| Defendants. | ) |

1 | Good Cause therefore having been shown,

2 | IT IS HEREBY ORDERED as follows:

3 | That the matter is dismissed in its entirety pursuant to Fed. R.Civ. P. 41(a)(1); that each
4 | party will bear its own costs, fees and expenses.

6 | DATED:  August 7, 2009         *Valerie Baker Fairbank*

7 | HONORABLE VALERIE BAKER FAIRBANK
    **UNITED STATES DISTRICT JUDGE**

PRESENTED BY:

TONY WEST
Assistant Attorney General
Civil Division

DAVID KLINE
Director, District Court Section
Office of Immigration Litigation

VICTOR M. LAWRENCE
Principal Assistant Director

AARON D. NELSON, NJBN 040932007
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice - Civil Division
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044-0868
Email: aaron.nelson@usdoj.gov
Telephone: (202) 305-0691; FAX: (202) 616-8962

Attorneys for Defendants